IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LLOYD JARRETT, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 21-CV-1514 |
| HOME DEPOT U.S.A., INC., et al | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Defendants HOME DEPOT U.S.A., INC. and THE HOME DEPOT, INC. (hereinafter, collectively "Home Depot"), by and through counsel, hereby gives notice of removal of the above action from the Circuit Court of Baltimore City, Maryland ("Circuit Court"), to the United States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446.  As set forth below, this Court has original diversity jurisdiction over this action pursuant to Section 28 U.S.C. § 1332.  All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, Home Depot states as follows:

1. There is pending in the Circuit Court of Baltimore City, Maryland, a Complaint styled a Complaint styled <u>LLOYD JARRETT, et al. Plaintiffs v. HOME DEPOT U.S.A., INC. et al, Defendants</u>, Case No.: 24C21001678 (the "State Court Action").  The Complaint in the State Court Action was filed on or about April 19, 2021.  A copy of the Complaint and Request Jury Trial are attached hereto as Exhibits 1 and 2, respectfully.

2. Plaintiffs' action arises out of an alleged incident in which Plaintiff Lloyd Jarrett tripped and fell.  In their complaint, Plaintiffs assert claims of negligence/premises liability (Count I) and loss of consortium (Count II).

3. A copy of the Civil Non-Domestic Case Information Report filed in the State Court Action is attached hereto as Exhibit 3.

4. A copy of the Writ of Summons and Return of Service filed in the State Court Action are attached hereto as Exhibits 4 and 5, respectively.

5. Home Depot U.S.A., Inc. and The Home Depot, Inc. were served with Summons and Plaintiffs' Complaint and Request Jury Trial in the State Court Action on May 27, 2021.

6. This Notice of Removal is filed within thirty days of the date upon which Home Depot U.S.A., Inc. and The Home Depot, Inc. first received service of a copy of the Plaintiffs' Complaint and is therefore timely pursuant to 28 U.S.C. § 1446(b).

7. Home Depot U.S.A., Inc. and The Home Depot, Inc., the removing parties herein, are two of three defendants named in the State Court Action.  Defendant Keith Redmiles is the other named defendant who has been fraudulently joined for purposes of defeating jurisdiction. Plaintiffs have alleged that Defendant Redmiles, as the manager of the Home Depot store at which Plaintiffs claim the incident occurred, owed a duty to Plaintiffs.  As Plaintiffs' have failed to state a cause of action upon which relief may be granted against Defendant Redmiles, he has filed a timely Motion to Dismiss contemporaneously herewith.

8. It has been less than one year since the civil action was originally instituted in the state court.

9. The State Court Action is properly removed under 28 U.S.C. § 1441(a), because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as explained below.

10. Home Depot is informed and believes that Plaintiffs Lloyd Jarrett and Joan Jarrett are residents and citizens of the State of Maryland. <u>See</u> caption and paragraph 1 of Plaintiff's Complaint (Exh. 1).

11. Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc. are incorporated under the laws of the State of Delaware with their principal places of business in Atlanta, Georgia.

12. Plaintiffs' Complaint seeks damages from Home Depot in an amount in excess of $75,000.

13. This action is properly removed on grounds of diversity jurisdiction because (a) complete diversity of citizenship exists between Plaintiffs Lloyd Jarrett and Joan Jarrett and Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc. and (b) the amount in controversy herein exceeds the sum or value of $75,000, exclusive of interest and costs.

14. Written notice of the filing of this Notice of Removal will promptly be given to plaintiff and the Clerk of the Circuit Court of Baltimore City, Maryland, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants HOME DEPOT U.S.A., INC. and THE HOME DEPOT, INC. respectfully request that this case proceed before this Court as an action properly removed.

       /s/ Brian A. Cafritz
Brian A. Cafritz, Esq. (No. 14589)

                                          KALBAUGH, PFUND & MESSERSMITH, P.C.
                                          901 Moorefield Park Drive, Suite 200
                                          Richmond, Virginia  23236
                                          (804) 320-6300
                                          (804) 320-6312 (fax)
                                          Brian.Cafritz@kpmlaw.com


                                          _____/s/ Rachel L. Stewart_____
                                          Rachel L. Stewart, Esq. (No. 27352)
                                          KALBAUGH, PFUND & MESSERSMITH, P.C.
                                          3950 University Drive, Suite 204
                                          Fairfax, Virginia 22030
                                          (703) 691-3331
                                          (703) 691-3332 (fax)
                                          Rachel.Stewart@kpmlaw.com

                                          *Attorneys for Home Depot U.S.A., Inc. and The Home Depot, Inc.*


## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice of Removal was filed electronically on this 17th day of June, 2021 through the Court's electronic filing system which served a copy on the following:

       Scott M. Rotter, Esq.
       Altmark, Rotter & Trock, LLP
       25 Hooks Lane, Suite 204
       Baltimore, MD 21208
       srotter@arsllp.com
       *Attorney for Plaintiff*


                                          _____/s/ Rachel L. Stewart_____
                                          Rachel L. Stewart, Esq. (No. 27352)
                                          KALBAUGH, PFUND & MESSERSMITH, P.C.
                                          3950 University Drive, Suite 204
                                          Fairfax, Virginia 22030
                                          (703) 691-3331
                                          (703) 691-3332 (fax)
                                          Rachel.Stewart@kpmlaw.com

                                          *Attorneys for Home Depot U.S.A., Inc. and The Home Depot, Inc.*